Matter of Rich v Martuscello

2026 NY Slip Op 03214

May 21, 2026

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of Gabriel Rich, Petitioner,

v

Daniel F. Martuscello III, as Commissioner of Corrections and Community Supervision, Respondent.

Decided and Entered:May 21, 2026

CV-25-1271

Calendar Date: April 17, 2026

Before: Garry, P.J., Pritzker, Fisher, Mackey And Corcoran, JJ.

Gabriel Rich, Rome, petitioner pro se.

Letitia James, Attorney General, Albany (Kate H. Nepveu of counsel), for respondent.

[*1]

Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent finding petitioner guilty of violating certain prison disciplinary rules.

Petitioner commenced this CPLR article 78 proceeding to challenge a tier III disciplinary hearing finding him guilty of violating certain prison disciplinary rules. The Attorney General has advised this Court that the determination at issue has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to petitioner's account. Inasmuch as petitioner has received all the relief to which he is entitled, the matter is dismissed as moot (see Matter of Evans v Rodriguez, 244 AD3d 1366, 1366 [3d Dept 2025]; Matter of McKnight v Kopp, 241 AD3d 1668, 1668 [3d Dept 2025]). As the record reflects that petitioner paid a reduced filing fee of $15, and he has requested reimbursement thereof, we grant his request and direct respondent to reimburse him for that amount (see Matter of Evans v Rodriguez, 244 AD3d at 1366-1367; Matter of Bruno v Martuscello, 237 AD3d 1403, 1403 [3d Dept 2025]).

Garry, P.J., Pritzker, Fisher, Mackey and Corcoran, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs, but with disbursements in the amount of $15.